UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS NORTHROP, | No. C 06-2527 MHP |
| Plaintiff(s), | **REFERRAL ORDER** |
| v. | |
| WARDEN EDDIE YSLT, | |
| Defendant(s). | |

Pursuant to Civil L.R. 3-12 (c), this matter is hereby referred to the Honorable Thelton E. Henderson to determine if this action should be related to the earlier filed action C 85-2172 TEH *Thomas Northrop -v- Eddie Yslt.*. Parties shall file any response in opposition to or support of relating these actions pursuant to Civil L.R. 3-12 (d) within ten (10) days of service of this order.

Dated: May 11, 2006

MARILYN HALL PATEL
United States District Judge