1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

11

FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

SAN FRANCISCO DIVISION

13

| | |
|---|---|
| **THOMAS NORTHROP,** | No. C 06-2527 MHP |
| Petitioner, | ~~[PROPOSED]~~ **ORDER REGARDING RESPONDENT'S REQUEST TO VACATE THE CASE MANAGEMENT CONFERENCE** |
| v. | |
| **EDDIE YLST,** | |
| Respondent. | |

19
20    This Court considered Respondent's Request to Vacate the Case Management

21  Conference, and good cause appearing,

22    IT IS HEREBY ORDERED that Respondent's Request to Vacate the Case Management
         DENIED
23  Conference is ~~GRANTED~~.  Petitioner Northrop's habeas petition shall first be screened

24  according to Rule 4 of the Rules Governing Section 2254 Cases.  Since petitioner is represented by
     counsel, all dates shall remain as presently set and the screening process does not apply.

25
26
27  Dated: June 30, 2006 _____

28                                          MARILYN HALL PATEL
                                            United States District Judge

DENIED
Judge Marilyn H. Patel